USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:23-cr-00343**

USAO Number: 2023R04652

Magistrate Number:

United States Courts
Southern District of Texas
FILED
*August 09, 2023*
Nathan Ochsner, Clerk of Court

CRIMINAL INDICTMENT

Filed: Judge: **Hanen**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| ALAMDAR S. HAMDANI, USA | (713) 567-9000 |
| CHARMAINE HOLDER, AUSA | (713) 567-9000 |

| | | Appt'd | Private |
|---|---|---|---|
| JOSEPHAT RAMON SALAZAR | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Charge: Ct. 1: Illegal Reentry After Deportation, Following Conviction For a Felony Offense [8 USC §§ 1326(a) & (b)]

(Total)
(Counts)
(1)

**PENALTY:**

Ct. 1: Not more than 20 years imprisonment; not to exceed $250,000 fine, 3 years SRT; $100 SA

☑ In Jail A206305460

TDCJ Huntsville
815 12th Street
Huntsville, Texas 77348

NAME & ADDRESS
of Surety:

☐ On Bond

☐ No Arrest

PROCEEDINGS: